UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLEGIANCE HEALTH MANAGEMENT, INC., et al., individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>MULTIPLAN, INC., HEALTH CARE SERVICE CORPORATION, AETNA, INC., ELEVANCE HEALTH, INC., CENTENE CORP., CIGNA GROUP, UNITEDHEALTH GROUP, INC., HUMANA INC., and KAISER PERMANENTE LLC.<br>     Defendants. | Case No. 1:24-cv-03223<br>Hon. Martha M. Pacold |
| LIVE WELL CHIROPRACTIC PLLC, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>MULTIPLAN, INC., MULTIPLAN CORP., VIANT, INC., VIANT PAYMENT SYSTEMS, INC., NATIONAL CARE NETWORK, LP, NATIONAL CARE NETWORK, LLC, UNITEDHEALTH GROUP, INC., AETNA, INC., ELEVANCE HEALTH, INC., CENTENE CORP., CIGNA GROUP, HEALTH CARE SERVICE CORP., HUMANA INC., KAISER PERMANENTE LLC, BLUE SHIELD OF CALIFORNIA, INC., BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE CO., and HEALTH ALLIANCE MEDICAL PLANS, INC.,<br><br>     Defendants. | Case No. 1:24-cv-03680<br>Hon. Martha M. Pacold |

| | |
|---|---|
| IVY CREEK OF TALLAPOOSA LLC d/b/a LAKE MARTIN COMMUNITY HOSPITAL, and ELMORE COMMUNITY HOSPITAL RURAL HEALTH ASSOCIATION d/b/a ELMORE COMMUNITY HOSPITAL,<br><br>                                  Plaintiff,<br><br>v.<br><br>MULTIPLAN, INC.,<br><br>                                  Defendants. | Case No. 1:24-cv-03900<br>Hon. Martha M. Pacold |

## STIPULATION OF THE PARTIES REGARDING SERVICE, APPEARANCES, AND THE DEADLINE TO RESPOND

Pursuant to Federal Rules of Civil Procedure 4, 12, 16, and 26, Local Rule 40.4, and the Court's May 22, 2024 Minute Entry (ECF No. 76), Plaintiffs in the actions styled *Allegiance Health Management, Inc. v. MultiPlan, Inc.*, No. 24-cv-03223 (N.D. Ill.), *Live Well Chiropractic PLLC v. MultiPlan, Inc.*, No. 24-cv-03680 (N.D. Ill.), and *Ivy Creek of Tallapoosa LLC v. MultiPlan, Inc.*, No. 24-cv-03900 (N.D. Ill.) (collectively, the "Illinois Actions") and Aetna, Inc., Blue Shield of California, Inc., Blue Cross and Blue Shield of Florida, Inc., Blue Cross Blue Shield of Michigan Mutual Insurance Co., Centene Corporation, Cigna Group, Elevance Health, Inc., Health Alliance Medical Plans. Inc., Health Care Service Corporation, Humana Inc., Kaiser Permanente LLC, MultiPlan, Inc., MultiPlan Corp., National Care Network, LLC, UnitedHealth Group, Inc., Viant, Inc., and Viant Payment Systems, Inc. (collectively, "Defendants," and

together with Plaintiffs, the "Parties," and singularly, a "Party")[1] stipulate to the matters described in further detail below.

### SERVICE OF PROCESS

1. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, Defendants agree to waive service of process with respect to any complaint in any of the Illinois Actions not served as of the date of this stipulation, and further agree to accept service of process of any later-filed amended or consolidated complaint as to the Illinois Actions.

2. Except as to the defense of insufficiency of service of process, Defendants do not waive any (i) defenses or arguments for dismissal that may be available under Federal Rule of Civil Procedure 12 or any defenses or arguments regarding jurisdiction, venue, or arbitrability; (ii) affirmative defenses under Federal Rule of Civil Procedure 8; or (iii) other statutory or common law defenses or arguments that may be available. Defendants expressly reserve their rights to raise any such defenses (or any other defense or argument) in response to any Complaint or any amended or later-filed complaint in the Illinois Actions.

3. All Parties, to the extent they remain parties in the Illinois Actions, agree to accept service of pleadings, discovery requests, discovery responses, and similar documents via e-mail through counsel of record.

### NEWLY FILED OR TRANSFERRED ACTIONS; APPEARANCES

4. This Order shall apply automatically to actions later instituted in, removed to, or transferred to this Court (including cases transferred for pretrial purposes under 28 U.S.C. § 1407)

---

[1] Not all Defendants are named in all three Illinois Actions. Additionally, not all Defendants may be named in future actions falling under this Stipulation pursuant to paragraph 4.

3

that involve allegations of antitrust violations concerning the use of MultiPlan, Inc.'s out-of-network claim repricing products.

5.      Any lawyer who has filed a notice of appearance in any of the Illinois Actions need not notice an appearance in any other action—a single notice in these consolidated proceedings is sufficient. It is incumbent upon the lawyer to ensure his or her appearance is listed in the consolidated proceedings for ECF purposes. Any lawyer who has been admitted pro hac vice in any of the Illinois Actions need not seek pro hac vice admission in any other action—a single pro hac vice admission in these proceedings is sufficient.

## DEADLINE TO RESPOND TO THE COMPLAINTS

6.      In light of the pending Joint Panel on Multidistrict Litigation proceeding and the July 25, 2024 hearing date currently set in that matter, the Parties agree that Defendants' deadline to answer or otherwise respond to the complaints is extended to September 4, 2024. The Parties will continue to meet and confer on an appropriate responsive pleading deadline in connection with any amended or consolidated complaints that may be filed in these cases, or complaints filed in similar cases.

Dated: June 26, 2024

By: */s/ Gary Feinerman*
Gary Feinerman
**LATHAM & WATKINS LLP**
330 N Wabash Ave, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com

Sadik Huseny (*pro hac vice*)
300 Colorado St., Suite 2400
Austin, TX 78701
Telephone: (737) 910-7300
sadik.huseny@lw.com

Lawrence E. Buterman (*pro hac vice*)
Katherine A. Rocco (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
lawrence.buterman@lw.com
katherine.rocco@lw.com

Craig Lewis Caesar
**PHELPS DUNBAR LLP**
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-584-9272
Craig.Caesar@phelps.com

*Attorneys for Defendants MultiPlan, Inc., MultiPlan Corporation, National Care Network, LLC, Viant Payment Systems, Inc., and Viant, Inc.*

By: */s/ Jonathan B. Pitt*
Jonathan B. Pitt
Katherine A. Trefz
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
jpitt@wc.com
ktrefz@wc.com

*Attorneys for Defendant Aetna Inc.*

By: */s/ Karin A. DeMasi*
Karin A. DeMasi
Lauren R. Kennedy
Hannah L. Dwyer (*pro hac vice*)
Nikol A. Oydanich (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, NY 10001
Telephone: 212-474-1000
kdemasi@cravath.com
lkennedy@cravath.com
hdwyer@cravath.com
noydanich@cravath.com

Dylan D. Smith
**COTSIRILOS, TIGHE, STREICKER, POULOS & CAMPBELL, LTD**
55 East Monroe Street, Suite 3250
Chicago, IL 60603
Telephone: 312-263-0349
dsmith@cotsilioslaw.com

*Attorneys for Defendant Blue Cross and Blue Shield of Florida, Inc.*

5

By:   */s/ Stephen D. Libowsky*
Stephen D. Libowsky
Rebecca A. Finkel
**MANATT, PHELPS & PHILLIPS, LLP**
151 North Franklin Street, Ste 2600
Chicago, IL 60606
Telephone: (312) 528-6300
slibowsky@manatt.com
rfinkel@manatt.com

Gregory N. Pimstone (*pro hac vice*)
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 312-4133
gpimstone@manatt.com

*Attorneys for Defendant Blue Shield of California, Inc.*

By:   */s/ Richard Schwed*
Richard Schwed
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: 212-848-5445
rschwed@aoshearman.com

Samuel W. Cooper
800 Capitol Street, Suite 2200
Houston, TX 77002
Telephone: (713) 354-4838
samuel.cooper@aoshearman.com

Todd M. Stenerson
401 9th St., NW, Suite 800
Washington, DC 20004
Telephone: 202-508-8000
todd.stenerson@aoshearman.com

*Attorneys for Defendant Blue Cross and Blue Shield of Michigan Mutual Insurance Company*

By:   */s/ Arthur J. Burke*
Arthur J. Burke
Sheila R. Adams
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
arthur.burke@davispolk.com
sheila.adams@davispolk.com

*Attorneys for Defendant Centene Corporation*

By:   */s/ Daniel R. Campbell*
Daniel R. Campbell
Emilie E. O'Toole
**MCDERMOTT, WILL & EMERY LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone: (312) 984-7782
eotoole@mwe.com
dcampbell@mwe.com

Dmitriy G. Tishyevich
Joshua B. Simon (*pro hac vice*)
Warren Haskel (*pro hac vice*)
Chelsea Edith Rae Cosillos (*pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5444
dtishyevich@mwe.com
jsimon@mwe.com
whaskel@mwe.com
ccosillos@mwe.com

William P. Donovan, Jr
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4121
wdonovan@mwe.com

*Attorneys for Defendant Cigna Group*

By:   <u>/s/ E. Desmond Hogan</u>
E. Desmond Hogan
Justin Bernick
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
desmond.hogan@hoanlovells.com
justin.bernick@hoganlovells.com

Jordan D. Teti
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
jordan.teti@hoganlovells.com

*Attorneys for Defendant Elevance Health, Inc.*

By:   <u>/s/ Matthew J. O'Hara</u>
Matthew J. O'Hara
**SMITH, GAMBRELL & RUSSELL, LLP**
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: 312-360-6000
mohara@sgrlaw.com

*Attorneys for Defendant Health Alliance Medical Plans, Inc.*

By:   <u>/s/ Brian P. Kavanaugh</u>
Brian P. Kavanaugh
Scott D. Stein
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
bkavanaugh@sidley.com
sstein@sidley.com

*Attorneys for Defendant Health Care Service Corporation*

By:   <u>/s/ Scott C. Solberg</u>
Scott C. Solberg
Benjamin E. Waldin
John K. Adams
Vanessa G. Jacobsen
**EIMER STAHL LLP**
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: 312-660-7631
ssolberg@eimerstahl.com
bwaldin@eimerstahl.com
jadams@eimerstahl.com
vjacobsen@eimerstahl.com

Heather Nyong'o (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
650 California Street Suite 2000
San Francisco, CA 94108
Telephone: 415-769-4400
hnyongo@cgsh.com

Daniel P. Culley (*pro hac vice*)
2112 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202-974-1500
dculley@cgsh.com

*Attorneys for Defendant Humana Inc.*

By:   */s/ Jason P. Stiehl*
Jason P. Stiehl
**CROWELL & MORING LLP**
455 North Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Telephone: (312) 321-4200
jstiehl@crowell.com

Jason C. Murray (*pro hac vice*)
Jordan L. Ludwig (*pro hac vice*)
Jazmine Buckley (*pro hac vice*)
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 662-4750
jmurray@crowell.com
jludwing@crowell.com
jbuckley@crowell.com

Melissa M. Nguyen (*pro hac vice*)
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
mnguyen@crowell.com

Ashley L. McMahan (*pro hac vice*)
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
amcmahon@crowell.com

*Attorneys for Defendant Kaiser Foundation Health Plan, Inc. and Kaiser Permanente Insurance Co. (Incorrectly Named As Kaiser Permanente LLC)*

By:   */s/ Scott Jared Fisher*
Scott Jared Fisher
Eric Y. Choi
**NEAL, GERBER & EISENBERG**
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
(312) 269-8035
sfisher@nge.com

Rachel S. Bass (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-393-8293
rbrass@gibsondunn.com

Joshua Lipton (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20006
Telephone: 202-955-8226
jlipton@gibsondunn.com

*Attorneys for Defendant United Health Group, Inc.*

8

By:    */s/ Warren T. Burns*
       Warren T. Burns
       Quinn M. Burns
       BURNS CHAREST LLP
       900 Jackson Street, Suite 500
       Dallas, Texas 75202
       Tel.: (469) 458-9890
       wburns@burnscharest.com
       qburns@burnscharest.com

       Korey A. Nelson
       Amanda K. Klevorn
       Natalie Earles
       BURNS CHAREST LLP
       365 Canal Street, Suite 1170
       New Orleans, Louisiana 70130
       Tel: (504) 799-2845
       knelson@burnscharest.com
       aklevorn@burnscharest.com
       nearles@burnscharest.com

       Matthew S. Tripolitsiotis
       BURNS CHAREST LLP
       757 Third Ave., 20th Floor
       New York, NY 10017
       Tel: (469) 895-45505269
       mtripolitsiotis@burnscharest.com

       Christopher Cormier
       Matthew Strauser
       BURNS CHAREST LLP
       4725 Wisconsin Avenue NW, Suite 200
       Washington, DC 20016
       Tel.: (202) 577-3977
       ccormier@burnscharest.com
       mstrauser@burnscharest.com

       Derrick G. Earles
       LABORDE EARLES
       1901 Kaliste Saloom Road
       Lafayette, Louisiana 70508
       Tel.: (337) 223-9925
       digger@onmyside.com


Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, P. C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
312.899.9090
213.251.1160 Facsimile

*Counsel for the Allegiance Plaintiff*

Brian D. Clark
David W. Asp
R. David Hahn
Derek Waller
**Lockridge Grindal Nauen PLLP**
100 Washington Ave. S, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
bdclark@locklaw.com
dwasp@locklaw.com
rdhahn@locklaw.com

Stephen J. Teti
Kristie A. LaSalle
**Lockridge Grindal Nauen PLLP**
265 Franklin St., Suite 1702
Boston, MA 02110
T: 617-535-3763
sjteti@locklaw.com
kalasalle@locklaw.com

Kyle J. Pozan
**Lockridge Grindal Nauen PLLP**
1165 N. Clark Street
Suite 700
Chicago, IL 60610
T: 312-205-8968
kjpozan@locklaw.com

*Counsel for the Live Well Plaintiff*

Joseph P. Guglielmo (N.D. Ill. Bar No. 2759819)
Robin A. van der Meulen (pro hac vice forthcoming)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor

New York, NY 10169
Telephone: 212-223-6444
jguglielmo@scott-scott.com
rvandermeulen@scott-scott.com

Patrick J. Coughlin (pro hac vice forthcoming)
Carmen Medici (pro hac vice forthcoming)
Jonathan Smallwood (pro hac vice forthcoming)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-798-5319
pcoughlin@scott-scott.com
cmedici@scott-scott.com
jsmallwood@scott-scott.com

Patrick McGahan (pro hac vice forthcoming)
Michael Srodoski (pro hac vice forthcoming)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 S. Main St.
Colchester, CT 06415
Telephone: 860-531-2606
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

***Counsel for the Lake Martin Plaintiffs***