UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Allegiance Health Management, Inc., *et al.*, *individually and on behalf of all other similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>MultiPlan, Inc., Health Care Service Corporation, Aetna, Inc., Elevance Health, Inc., Centene Corporation, Cigna Group, UnitedHealth Group, Inc., Humana, Inc., and Kaiser Permanente LLC,<br><br>Defendants. | Case No. 1:24-cv-3223<br><br>Hon. Martha M. Pacold |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HUMANA, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff Allegiance Health Management, Inc., individually and on behalf of all others similarly situated, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Humana, Inc. ("Humana"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Humana has not served an answer or motion for summary judgment in this action.


Dated: July 23, 2024       Respectfully submitted,

/s/ *Warren T. Burns*
Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, P. C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
312.899.9090
213.251.1160 Facsimile

Warren T. Burns *(pro hac vice)*
Quinn M. Burns *(pro hac vice)*

BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel.: (469) 458-9890
wburns@burnscharest.com
qburns@burnscharest.com

Korey A. Nelson *(pro hac vice)*
Amanda K. Klevorn *(pro hac vice)*
Natalie Earles *(pro hac vice)*
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
knelson@burnscharest.com
aklevorn@burnscharest.com
nearles@burnscharest.com

Matthew S. Tripolitsiotis *(pro hac vice)*
Barbara Bates *(pro hac vice)*
BURNS CHAREST LLP
757 Third Ave., 20th Floor
New York, NY 10017
Tel: (469) 895-45505269
mtripolitsiotis@burnscharest.com
bbates@burnscharest.com

Christopher Cormier *(pro hac vice)*
Matthew Strauser *(pro hac vice)*
BURNS CHAREST LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Tel.: (202) 577-3977
ccormier@burnscharest.com
mstrauser@burnscharest.com

Derrick G. Earles *(to be admitted pro hac vice)*
LABORDE EARLES
1901 Kaliste Saloom Road
Lafayette, Louisiana 70508
Tel.: (337) 223-9925
digger@onmyside.com